# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 13, 2021

Lyle W. Cayce
Clerk

No. 21-50142
Summary Calendar

Nicholas Robert Bowen,

*Petitioner—Appellant*,

*versus*

Thomas Bergami, *Warden*,

*Respondent—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:20-CV-168

Before Barksdale, Graves, and Oldham, *Circuit Judges*.

Per Curiam:*

Nicholas Robert Bowen, federal prisoner # 70626-097, filed a *habeas* application pursuant to 28 U.S.C. § 2241, seeking release to home confinement under § 12003(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act. Proceeding *pro se*, he challenges the district court's:

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-50142

dismissing his § 2241 petition for failure to exhaust administrative remedies; and denying his Federal Rule of Civil Procedure 59(e) motion to alter or amend judgment.

Bowen, however, has not briefed any challenge to either the exhaustion ruling or the denial of his Rule 59(e) motion. Accordingly, he has abandoned any challenge to those rulings. *E.g.*, *CenturyTel of Chatham, LLC v. Sprint Commc'ns Co.*, 861 F.3d 566, 573 (5th Cir. 2017).

AFFIRMED.